UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarma Karsiere, | No. 2:21-cv-01728-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| Variable Annuity Life Ins. Co. et al., | |
| Defendants. | |

In this case regarding beneficial interests of a deferred annuity contract, defendant/counterclaim plaintiff Variable Annuity Life Insurance Company (VALIC) moves for leave to retain the annuity subject to a legal hold or, in the alternative, to deposit funds. Mot., ECF No. 3.  Counterclaim defendants Brian Heilman and Karen Bearson filed separate statements of non-opposition. ECF Nos. 12 & 13.  Good cause appearing, **the court takes the matter under submission and grants the motion**.

On September 22, 2021, VALIC filed its counterclaim for interpleader relief. Mot. ¶ 1. VALIC claims no title or interest in the annuity and is ready and willing to pay the funds in the annuity to the proper beneficiary. *Id*. ¶ 2.

Accordingly, the court grants VALIC leave to retain and administer the annuity contract number 2551480, held by the decedent, Robert J. Heilman, until the court issues an order

/////

1 | identifying the proper beneficiary at issue in this action for disbursement of the funds.  As of
2 | September 22, 2021, the account value of the annuity was approximately $87,130.67.
3 |     IT IS SO ORDERED.
4 |     This order resolves ECF No. 3.
5 | DATED:  November 10, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2