**BOUTIN JONES INC.**
Kelley M. Lincoln, SBN 221467
Stacey K. Brennan, SBN 242765
Ian K. McGlone SBN 315201
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
T: (916) 321-4444/F: (916) 441-7597

Attorneys for Counterclaim
Defendants Brian Heilman and Karen Bearson

Daniel C. Kim, State Bar No. 272680
**WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: (916) 558-6000
Facsimile: (916) 446-1611

Attorneys for Plaintiff SARMA KARSIERE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARMA KARSIERE,<br><br>        Plaintiff,<br><br>    vs.<br><br>THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, a Texas corporation; and AMERICAN GENERAL LIFE INSURANCE COMPANY, a Texas Corporation,<br><br>        Defendants,<br><br>    vs.<br><br>BRIAN HEILMAN and KAREN BEARSON,<br><br>        Counterclaim Defendants, | **Case No.:   2:21-cv-01728-KJM-KJN**<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR FILING OF DISPOSITIONAL DOCUMENTS** |

IT IS HEREBY STIPULATED, and respectfully requested by and between Plaintiff and Counterclaim Defendants by and through their designated counsel, that:

WHEREAS a settlement conference was held before Magistrate Judge Kendall J. Newman on February 11, 2022;

WHEREAS the parties reached and agreed to a verbal settlement of the case;

WHEREAS the Court ordered that dispositional documents shall be filed within 90 days of February 11, 2022;

WHEREAS the parties require additional time to finalize the written settlement agreement and file disposition documents;

WHEREAS the parties agree that they shall have until June 13, 2022 to file dispositional documents.

IT IS SO STIPULATED

Dated: May 10, 2022                     BOUTIN JONES INC.

                                        By: /s/ Ian K. McGlone
                                            Kelley Lincoln
                                            Stacey Brennan
                                            Ian K. McGlone
                                            Attorneys for Counterclaim
                                            Defendants Brian Heilman and Karen Bearson

Dated: May 10, 2022                     WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN.

                                        By: /s/ Daniel C. Kim
                                            Daniel C Kim
                                            Attorneys for Plaintiff Sarma Karsiere

IT IS SO ORDERED.

Dated: May 10, 2022

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING OF DISPOSITIONAL DOCUMENTS