**BOUTIN JONES INC.**
Kelley M. Lincoln, SBN 221467
Stacey K. Brennan, SBN 242765
Ian K. McGlone SBN 315201
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
T: (916) 321-4444/F: (916) 441-7597

Attorneys for Counterclaim
Defendants Brian Heilman and Karen Bearson

Daniel C. Kim, State Bar No. 272680
**WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION**
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: (916) 558-6000
Facsimile: (916) 446-1611

Attorneys for Plaintiff SARMA KARSIERE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARMA KARSIERE,<br><br>       Plaintiff,<br><br>   vs.<br><br>THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, a Texas corporation; and AMERICAN GENERAL LIFE INSURANCE COMPANY, a Texas Corporation,<br><br>       Defendants,<br><br>   vs.<br><br>BRIAN HEILMAN and KAREN BEARSON,<br><br>       Counterclaim Defendants, | **Case No.:   2:21-cv-01728-KJM-KJN**<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR FILING OF DISPOSITIONAL DOCUMENTS** |

{3506348.DOCX:}

IT IS HEREBY STIPULATED, and respectfully requested by and between Plaintiff and Counterclaim Defendants by and through their designated counsel, that:

WHEREAS a settlement conference was held before Magistrate Judge Kendall J. Newman on February 11, 2022;

WHEREAS the parties reached and agreed to a verbal settlement of the case;

WHEREAS the Court ordered that dispositional documents shall be filed within 90 days of February 11, 2022;

WHEREAS the parties require additional time to finalize the written settlement agreement and file disposition documents;

WHEREAS the parties are discussing the final issue to be resolved in the written settlement agreement and just recently received the transcript from the settlement conference to help facilitate further discussions;

WHEREAS the parties agree that they shall have until July 13, 2022 to file dispositional documents.

IT IS SO STIPULATED

Dated: June 13, 2022

BOUTIN JONES INC.

By: /s/ Kelley Lincoln
Kelley Lincoln
Stacey Brennan
Ian K. McGlone
Attorneys for Counterclaim Defendants Brian Heilman and Karen Bearson

Dated: June 13, 2022

WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN.

By: /s/ Daniel C. Kim
Daniel C Kim
Attorneys for Plaintiff Sarma Karsiere

IT IS SO ORDERED.

Dated: June 14, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SD, kars.1728

{3506348.DOCX:}